GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTA STANTON,

    Plaintiff,

vs.

TARGET CORPORATION, and DOES 1 to 10, inclusive,

    Defendants.

Case No. C 07-3543 JCS

[San Mateo County Superior Court Case No.: CIV 461266]

**PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]**

Complaint Filed: March 2, 2007

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TARGET STORES, a division of Target Corporation (hereinafter "Target"), hereby moves to this Court the state court action described below.

**I.   JURISDICTION**

1. Defendant TARGET is informed and believes that plaintiff Roberta Stanton is a citizen of the State of California, and was at the time of the filing of the complaint and this Petition for Removal.

2. Defendant TARGET is a Minnesota corporation, whose principal place of business is in Roseville, Minnesota.

-1-

PETITION FOR REMOVAL OF ACTION – [San Mateo County Case No. CIV 461266]

3. TARGET is a publicly held corporation whose Chairman and Chief Executive Officer is Bob Ulrich.

4. Defendant TARGET is not a citizen of the state in which this action is pending.

5. The matter in controversy exceeds the sum of $75,000, exclusive of interest, attorney's fees and costs.

6. The Court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

## II.   GROUNDS FOR REMOVAL

7. On March 2, 2005, a civil action was commenced in the San Mateo County Superior Court, Unlimited Jurisdiction, of the State of California, entitled *Roberta Stanton v. Target Corporation, et al.*, Action No. CIV 461266. A true and correct copy of the summons and complaint is attached hereto and marked as **Exhibit A.**

8. Defendant TARGET was served with a copy of said Complaint on March 23, 2007. A true and correct copy of the Proof of Service is attached hereto and marked as **Exhibit B**.

9. Defendant TARGET has answered plaintiff's complaint. A true and correct copy of the answer is attached hereto and marked as **Exhibit C.**

10. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and the complaint is one which may be removed to this Court by Defendant TARGET pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11. Defendant TARGET is the only named defendant in this action, and it is informed and believes that no other defendants have been served in this action.

///
///
///
///
///

-3-

1       Based on the foregoing, Defendant TARGET respectfully requests that this Court accept
2   removal of this action.

3   DATED: July 9, 2007                  BOORNAZIAN, JENSEN & GARTHE
4                                              A Professional Corporation

6                                              By: _____
7                                                     GAIL C. TRABISH, ESQ.
                                                    Attorneys for Defendant
8                                                       TARGET STORES, a division of
                                                    Target Corporation

9   24901\409072

Case 3:07-cv-03543-JCS   Document 1   Filed 07/09/2007   Page 4 of 15

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation, Does 1 to 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Roberta Stanton

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED**
SAN MATEO COUNTY
MAR 2 2007
Clerk of the Superior Court
By M. Javillonar
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* San Mateo County Courts, 400 County Center, 2nd Floor, Redwood City, CA 94063 Unlimited Civil | CASE NUMBER: *(Número del Caso):* CIV 461266 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Wayne R. Wolski, Esq.   (707) 542-4519
713 Spring Street
Santa Rosa, CA 95404

DATE: MAR 2 2007   **JOHN C. FITTON** Clerk, by M. JAVILLONAR , Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: Target Corporation
   under: ☑ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☑ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465



**EXHIBIT A**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Wayne R. Wolski, Esq.       SBN# 118600<br>Law Offices of Wayne R. Wolski<br>713 Spring Street<br>Santa Rosa, CA 95404<br>TELEPHONE NO.: (707) 542-4519   FAX NO.(Optional): (707) 542-7139<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Roberta Stanton | ENDORSED FILED<br>SAN MATEO COUNTY<br>MAR 2 2007<br>Clerk of the Superior Court<br>By M. Javillonar<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center, 2nd Floor
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Unlimited Civil

PLAINTIFF: Roberta Stanton

DEFENDANT: Target Corporation

☑ DOES 1 TO 10, inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
  ☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE   ☑ OTHER (specify): Negligence, Premises Liability
  ☐ Property Damage   ☐ Wrongful Death
  ☐ Personal Injury   ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER: CIV 461266

1. Plaintiff (name or names): Roberta Stanton

   alleges causes of action against defendant (name or names): Target Corporation, Does 1 to 10, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]   ESSENTIAL FORMS

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Stanton v. Target | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name):
      **Target Corporation**
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]
Martin Dean's ESSENTIAL FORMS™

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: February 28, 2007

Wayne R. Wolski, Esq.
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: Stanton v. Target | CASE NUMBER: |
|---|---|

__FIRST__ **CAUSE OF ACTION— General Negligence**  Page __4__
_(number)_

ATTACHMENT TO ☑ Complaint   ☐ Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name)_: Roberta Stanton

alleges that defendant _(name)_: Target Corporation

☑ Does __1__ to __10__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date)_: April 20, 2005
at _(place)_: Redwood City, San Mateo County, California

_(description of reasons for liability)_ :

On or about April 20, 2005, in Redwood City, San Mateo County, California, Plaintiff was acting reasonably and foreseeably in performing her customary duties assembling display furniture on behalf of her employer, National Marketing Services, at a Target retail store owned, maintained, operated and controlled by Defendants and each of them. The incident happened at approximately 11:00 p.m. At that time and place, Defendants and each of them had a duty to keep the premises safe and in a non-defective condition for persons on the premises. Instead, Defendants and each of them carelessly and negligently spilled and/or failed to clean up a slippery substance, perhaps a cleaning solution, upon the floor of the premises, causing Plaintiff to slip and fall and, in so doing, sustain serious and severe injuries in an amount in excess of the jurisdictional minimum of this Court and in an amount according to proof at time of trial. Further, at that time and place, Defendants and each of them were maintaining the premises in a dangerous and unsafe condition for persons such as Plaintiff, who was foreseeably upon Defendants' premises as a guest and invitee of Defendants and each of them. As a direct and proximate result of the behavior of Defendants and each of them and the condition of the premises, Plaintiff was caused to suffer severe and permanent injuries to her right leg and hip.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

CAUSE OF ACTION— General Negligence

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: Stanton v. Target | CASE NUMBER: |
|---|---|

**SECOND** (number)   **CAUSE OF ACTION- Premises Liability**   Page **5**

ATTACHMENT TO ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* Roberta Stanton
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* April 20, 2005   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*
On or about April 20, 2005, in Redwood City, San Mateo County, California, Plaintiff was performing her regular and customary work duties on behalf of her employer and conducting an inventory at a Target Store between 10:00 and 11:00 p.m. on that date. Defendants and each of them at that time negligently, carelessly and recklessly failed to maintain a safe surface on the floor of the store they owned, operated, maintained and controlled. Namely, Defendants and each of them allowed a substance, possibly a cleaning substance, to be spilled upon the floor and otherwise and to remain there during the time that Plaintiff was conducting her tasks with the permission of and cooperation with and at the direction of Target personnel on that evening. Further, Defendants and each of them at that time and on that date maintained a unsafe and dangerous condition upon their property namely the liquid substance upon the floor within an aisle of the Target Store. The conditions as above described caused Plaintiff to fall and to severely injure herself, causing her severe and permanent injuries to include medical expenses, loss of work, loss of earning capacity and other damages according to proof at time of trial.

**Prem.L-2.** ☑ **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Target Corporation

☑ Does **1** to **10**

**Prem.L-3.** ☐ **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does _____ to _____
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

**Prem.L-4.** ☐ **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does _____ to _____
a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Target Corporation

☑ Does **1** to **10**
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**CAUSE OF ACTION - Premises Liability**

Code of Procedure § 425.12
www.courtinfo.ca.gov

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
03/23/2007
Log Number 512071326

TO: Carter Leuty
Target Corporation
1000 Nicollet Mall
Minneapolis, MN, 55403-

RECEIVED ON

MAR 2 / 2007

FORWARDED TO AWRGNT
BJ/554381F

RE: **Process Served in California**

FOR: Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

TITLE OF ACTION: Roberta Stanton, Pltf. vs. Target Corporation, et al., Dfts.

DOCUMENT(S) SERVED: Summons, Complaint, Attachment(s), Stipulation and Order Form, Statement Form, Notice of Case Management Conference, Request Form

COURT/AGENCY: San Mateo County, Redwood City, Superior Court, CA
Case # CIV461266

NATURE OF ACTION: Personal Injury - Slip/Trip and Fall - On or about April 20, 2005

ON WHOM PROCESS WAS SERVED: C T Corporation System, Los Angeles, CA

DATE AND HOUR OF SERVICE: By Process Server on 03/23/2007 at 15:55

APPEARANCE OR ANSWER DUE: Within 30 days after service - file written response // July 12, 2007 at 9:00 a.m. - Case Management Conference

ATTORNEY(S) / SENDER(S): Wayne R. Wolski
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA, 95404
707-542-4519

ACTION ITEMS: SOP Papers with Transmittal, via Fed Ex 2 Day, 798136381427

SIGNED: C T Corporation System
PER: Dianne Christman
ADDRESS: 818 West Seventh Street
Los Angeles, CA, 90017
TELEPHONE: 213-337-4615

Received on 3-26-07 at 12:30 pm
via Fed Ex forwarded on 3-26-07
at 12:30 pm to Sedgwick by Terri Morgan.

Page 1 of 1 / NF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.



EXHIBIT B

1 | GAIL C. TRABISH, ESQ. (#103482)
    BOORNAZIAN, JENSEN & GARTHE
2 | A Professional Corporation
    555 12th Street, Suite 1800
3 | P. O. Box 12925
    Oakland, CA 94604-2925
4 | Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
5 |
    Attorneys for Defendant
6 | TARGET STORES, a division
    of Target Corporation
7 |

**ENDORSED FILED**
SAN MATEO COUNTY

APR 2 3 2007

Clerk of the Superior Court
By ___M. YOUNG___
DEPUTY CLERK

8    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              COUNTY OF SAN MATEO

10 | ROBERTA STANTON           )   Case No.: CIV 461266
11 |                           )
        Plaintiff,             )   ANSWER TO UNVERIFIED
12 |                           )   COMPLAINT
    vs.                        )
13 |                           )
                               )   BY FAX
14 | TARGET CORPORATION, and DOES 1 to )
     10, inclusive,            )
15 |                           )
        Defendants.            )   Complaint Filed: March 2, 2007
16 |_____)

17    COMES NOW Defendant TARGET STORES, a division of Target Corporation, and for

18 its answer to the unverified complaint of plaintiff ROBERTA STANTON, on file herein, admits,

19 denies and alleges as follows:

20    Under the provisions of §431.30(d) of the California Code of Civil Procedure, this

21 answering defendant denies each and every, all and singular, generally and specifically, the

22 allegations contained in said complaint and further denies that plaintiff has been damaged in any

23 sum or sums, or at all, by reason of any act or omission on the part of this answering defendant.

24    AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

25 UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION

26 THEREOF, this answering defendant is informed and believes and thereon alleges that neither the

27 complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of

28 action against this answering defendant.

AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that plaintiff failed to mitigate her alleged damages as required by law.

AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that plaintiff was comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804, and defendant prays that any and all damages sustained by said plaintiff be reduced by the percentage of her negligence.

AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that the damages complained of, if any there were, were proximately contributed to or caused by the carelessness, negligence, fault or defects created by the remaining parties in this action, or by other persons, corporations or business entities unknown to this answering defendant at this time, and were not caused in any way by this answering defendant, or by persons for whom this answering defendant is legally liable.

Should this answering defendant be found liable to plaintiff, which liability is expressly denied, said defendant is entitled to have this award against it abated, reduced or eliminated to the extent that the negligence, carelessness, fault or defects created by the remaining parties in this action, or by said other persons, corporations or business entities, contributed to plaintiff's damages, if any.

AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that plaintiff knew, or in the exercise of ordinary care should have known, of the risks and hazards involved in the undertaking in which she was engaged, but nevertheless and knowing these things, did freely

1  and voluntarily consent to assume all the risks and hazards involved in the undertaking.

2  **AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that at all times herein mentioned plaintiff was in the course and scope of employment for her employer. The injury sustained by plaintiff, if any, was caused by or was contributed to by the carelessness and negligence of plaintiff's said employer; and from any award made to plaintiff, this defendant is entitled to a set-off in an amount to the extent said employer's Workman's Compensation Insurance carrier made payments to and on behalf of plaintiff as a result of the alleged incident.

**WHEREFORE**, this answering defendant prays as follows:

1. That plaintiff take nothing by her complaint and that this answering defendant be dismissed hence;

2. For reasonable attorneys' fees;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems fit and proper.

DATED: April 23, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation

24901\403213

-3-

ANSWER TO UNVERIFIED COMPLAINT – Case No. CIV 461266

## PROOF OF SERVICE BY MAIL
### (C.C.P. SECTIONS 1013(a) -2015.5)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO UNVERIFIED COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Wayne R. Wolski, Esq.                    **Attorneys for Plaintiff**
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA 95404
(707) 542-4519 Phone
(707) 542-7139 Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 23, 2007.

_____
Alexine L. Braun

24901\403213

-4-
ANSWER TO UNVERIFIED COMPLAINT – Case No. CIV 461266

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Wayne R. Wolski, Esq.                    **Attorneys for Plaintiff**
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA 95404
(707) 542-4519 Phone
(707) 542-7139 Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 9, 2007.

_____
Alexine L. Braun

24901\409072

---

PETITION FOR REMOVAL OF ACTION – [San Mateo County Case No. CIV 461266]

-4-