1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   ROBERTA STANTON              )   Case No.:  C-07-03543 JCS
11                              )
              Plaintiff,        )   [San Mateo County Superior Court Case
12                              )   No.:  CIV 461266]
   vs.                          )
13                              )   **CERTIFICATE OF SERVICE OF**
                                )   **ORDER SETTING INITIAL CASE**
14 TARGET CORPORATION, and DOES 1 to )   **MANAGEMENT CONFERENCE AND**
   10, inclusive,               )   **ADR DEADLINES**
15                              )
              Defendants.       )
16 _____)   Complaint Filed:  March 2, 2007

17                    **CERTIFICATE OF SERVICE**
                         **(28 U.S.C. §1746)**
18

19     I am employed in the County of Alameda, State of California.  I am over the age of 18

20 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,

21 P. O. Box 12925, Oakland, California 94604-2925.

22     I am readily familiar with the business practice for collection and processing of

23 correspondence for mailing with the United States Postal Service.  On the date indicated below, at

24 the above-referenced business location, I sealed envelopes, enclosing a copy of the **ORDER**

25 **SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES,**

26 **ECF REGISTRATION INFORMATIO HANDOUT, WELCOME TO THE U.S. DISTRICT**

27 **COURT HANDOUT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES**

28

-1-

CERTIFICATE OF SERVICE – Case No.:  C-07-03543 JCS

**MAGISTRATE JUDGE FOR TRIAL, CONSENT/DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Wayne R. Wolski, Esq.          **Attorneys for Plaintiff**
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA  95404
(707) 542-4519  Phone
(707) 542-7139  Fax

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at Oakland, California, on July 13, 2007.

_____
Alexine L. Braun

24901\409580