

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTA STANTON | ) | Case No.:  C-07-03543 JCS |
| Plaintiff, | ) ) | [San Mateo County Superior Court Case No.: CIV 461266] |
| vs. | ) ) | **CERTIFICATE OF SERVICE OF "DISPUTE RESOLUTION** |
| TARGET CORPORATION, and DOES 1 to 10, inclusive, | ) ) ) | **PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA"** |
| Defendants. | ) ) | Complaint Filed:  March 2, 2007 |

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **"DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA"**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

-1-

Wayne R. Wolski, Esq.                    **Attorneys for Plaintiff**
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA 95404
(707) 542-4519 Phone
(707) 542-7139 Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 23, 2007.

Alexine L. Braun

24901\410128

-2-
CERTIFICATE OF SERVICE – Case No.:  C-07-03543 JCS