UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Roberta Stanton

CASE NO. C-07-03543 JCS

Plaintiff(s),

v.

Target Corporation, et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* _____

*The parties previously agreed to mediation in the Superior Court action before removal to Federal Court.

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: 8/2/07

_____ ***
Attorney for Plaintiff

Dated: 8/2/07

_____
Attorney for Defendant

*** Plaintiff's signature herein is not intended to in any way waive or forfeit Plaintiff's right to contest Defendant's removal of this action to Federal Court.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
  X  Mediation
      Private ADR

Deadline for ADR session
  X  90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: __8/3/7__

_____
Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Wayne R. Wolski, Esq.             **Attorneys for Plaintiff**
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA  95404
(707) 542-4519  Phone
(707) 542-7139  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 2, 2007.

_____
Alexine L. Braun

24901\