WAYNE R. WOLSKI,  ESQ. State Bar No. 118600
LAW OFFICE OF WAYNE R. WOLSKI
713 Spring Street
P.O. Box 5008
Santa Rosa, CA 95402
Telephone: 707-542-4519
Facsimile: 707-542-7139

Attorney for Plaintiff Roberta Stanton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA STANTON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. C 07-03543 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 8, 2007                     /s/ Wayne R. Wolski                         
                                          Wayne R. Wolski, Esq.
                                          Attorney for Plaintiff

Law Office of
Wayne R. Wolski
P.O. Box 5008
Santa Rosa, CA 95402
(707) 542-4519

–1–

Consent to Proceed Before a United States Magistrate Judge