WAYNE R. WOLSKI,  ESQ. State Bar No. 118600
LAW OFFICE OF WAYNE R. WOLSKI
713 Spring Street
P.O. Box 5008
Santa Rosa, CA 95402
Telephone: 707-542-4519
Facsimile: 707-542-7139

Attorney for Plaintiff Roberta Stanton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA STANTON,<br><br>                             Plaintiff<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 to 10, inclusive,<br><br>                             Defendants. | Case No. C 07-03543 JCS<br><br>**DECLARATION OF WAYNE R. WOLSKI IN SUPPORT OF MOTION TO REMAND CASE TO STATE COURT AND REQUEST FOR ATTORNEY'S FEES AND COSTS**<br>**(28 USC 1447(c))**<br><br>Date:  Friday, September 28, 2007<br>Time:  9:30 a.m.<br>Dept:  Courtroom A, 15th Floor<br>Judge: Hon. Joseph C. Spero<br><br><u>Accompanying Documents:</u><br><br>1.      Notice of Motion and Motion |

I, Wayne R. Wolski, declare as follows:

1.      I have personal knowledge of the matters described herein and could competently testify to them if called as a witness.

2.      I am the attorney for Plaintiff in the above referenced matter.  I have examined each of the documents appended to this Declaration and know them to be true and correct copies of the originals of said documents.

3.      On or about April 25, 2007, I received a Request for Statement of Damages from Defendant in this matter.  On May 14, 2007, I prepared and served upon Defendant a verified Response to Request for Statement of Damages in the amount of $205,118.55.  True and correct copies of those documents are attached hereto as Exhibit "A."

Law Office of
Wayne R. Wolski
P.O. Box 5008
Santa Rosa, CA  95402
(707) 542-4519

–1–

Declaration of Wolski in Support of  Motion to Remand
Case to State Court and Request for Attorney's Fees and Costs

4. I first became aware of Defendant's intent to remove this case to Federal Court in a status teleconference with Defendant on or about July 11, 2007, in conjunction with a meet and confer requirement pursuant to the Case Management Conference in the San Mateo County Superior Court.

5. At that time and in that conversation, I advised the defense attorney that I would probably be opposing her intended removal to the Federal Court.

6. In conjunction with my urging Defendant to voluntarily remand this case, I wrote Defendant two letters.   True and correct copies of those letters are appended hereto as Exhibit "B". In turn, I received two letters from the defense attorney.  True and correct copies of those letters are appended hereto as Exhibit "C".

7. Thereafter, on or about July 17, 2007, and continuing to the present time, I have expended 19.80 hours in urging the defense attorney to voluntarily stipulate to the remand of this case to the San Mateo County Superior Court and, thereafter, in preparing this Motion to Remand.  My customarily hourly attorney rate is $250 per hour for total fees of $4,950.  A true and correct copy of my itemized billing is appended hereto as Exhibit "D."

8. In addition, I have expended $5.55 on facsimile, postage and photocopying costs attendant to this Motion.

9. Attached hereto is a true and correct copy of Plaintiff's Complaint as Exhibit "E."


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 8th day of August, 2007, at Santa Rosa, California.


/s/ Wayne R. Wolski_____
Wayne R. Wolski, Esq.
Attorney for Plaintiff

Law Office of
Wayne R. Wolski
P.O. Box 5008
Santa Rosa, CA  95402
(707) 542-4519

–2–

Declaration of Wolski in Support of  Motion to Remand
Case to State Court and Request for Attorney's Fees and Costs