1  WAYNE R. WOLSKI, ESQ. State Bar No. 118600
   LAW OFFICE OF WAYNE R. WOLSKI
2  713 Spring Street
   P.O. Box 5008
3  Santa Rosa, CA 95402
   Telephone: 707-542-4519
4  Facsimile: 707-542-7139

5  Attorney for Plaintiff Roberta Stanton

6

7                      UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  ROBERTA STANTON,                      Case No. C 07-03543 JCS

10                            Plaintiff,  **[Proposed] ORDER GRANTING
                                          MOTION TO REMAND CASE TO
11 v.                                     STATE COURT AND FOR ATTORNEY'S
                                          FEES AND COSTS**
   TARGET CORPORATION, and DOES 1 to
12 10, inclusive,

13                                        Date:  Friday, September 28, 2007
                                          Time:  9:30 a.m.
14                          Defendants.   Dept:  Courtroom A, 15th Floor
                                          Judge: Hon. Joseph C. Spero

15

16      The Motion to Remand Case to State Court and Request for Attorney's Fees and Costs of

17 Plaintiff Roberta Stanton came on regularly for hearing before this Court on September 28, 2007.

18 The Court having read the moving and opposing papers and having heard the oral argument of Wayne

19 R. Wolski, Esq., counsel for Plaintiff Roberta Stanton and Gail Trabish, Esq., counsel for Defendant

20 Target Corporation...

21      IT IS HEREBY ORDERED that Plaintiff's Motion to Remand Case to State Court and

22 Request for Attorney's Fees and Costs is granted.   This action is to be remanded to the Superior

23 Court of California, County of San Mateo, Case No. CIV 461266.  Plaintiff is awarded her attorney's

24 fees and costs in bringing this Motion in the amount of $4,955.55.

25      IT IS SO ORDERED.

26

27 Dated: _____        _____
                                        JUDGE OF THE SUPERIOR COURT
28

Law Office of
Wayne R. Wolski
P.O. Box 5008
Santa Rosa, CA 95402
(707) 542-4519

–1–

[Proposed] Order Granting Motion to Remand Case
to State Court and for Attorney's Fees and Costs