1  GAIL C. TRABISH, ESQ. (#103482)
   HEATHER A. GLADSTONE, ESQ. (#238517)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

   ROBERTA STANTON                    )   Case No.:  C-07-03543 JCS
11                                     )
              Plaintiff,               )   [San Mateo County Superior Court Case
12                                     )   No.:  CIV 461266]
   vs.                                 )
13                                     )   **STIPULATION REGARDING**
                                       )   **REMAND TO STATE COURT**
14 TARGET CORPORATION, and DOES 1 to   )
   10, inclusive,                      )
15                                     )   Complaint Filed:  March 2, 2007
              Defendants.              )
16                                     )
                                       )
17

18      IT IS HEREBY AGREED AND STIPULATED on behalf of plaintiff ROBERTA

19 STANTON and defendant TARGET STORES a division of Target Corporation, erroneously sued

20 herein as TARGET CORPORATION (hereinafter "TARGET"), by and through their counsel of

21 record, that this action be remanded to San Mateo County Superior Court, as the proper

22 jurisdiction for the further litigation of said case.

23      IT IS FURTHER AGREED AND STIPULATED BY AND BETWEEN THE PARTIES

24 that no further petitions for removal to federal court will be filed in this case once remanded to

25 state court.

26 ///

27 ///

28 ///

Dated: 9/6/07 _____, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _Heather Gladstone for_
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation

Dated: 9/5 _____, 2007

LAW OFFICES OF WAYNE R. WOLSKI

By: _____
WAYNE R. WOLSKI, ESQ.
Attorneys for Plaintiff
ROBERTA STANTON

24W01W413532

Dated: Sept. 10, 2007

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA

-2-

Stipulation Regarding Remand to State Court; Case No.: C-07-03543 JCS

**CERTIFICATE OF SERVICE**
**(28 U.S.C. §1746)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION REGARDING REMAND TO STATE COURT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Wayne R. Wolski, Esq.                    **Attorneys for Plaintiff**
Law Offices of Wayne R. Wolski
713 Spring Street
Santa Rosa, CA 95404
(707) 542-4519  Phone
(707) 542-7139  Fax


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 7, 2007

*Jacquelyn S. Lewis*
Jacquelyn S. Lewis