**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 3, 2007

Superior Court of California, County of San Mateo
400 County Center, 2nd Floor
Redwood City, CA 94063

RE:  CV 07-03543 JCS    ROBERTA STANTON-v-TARGET CORPORATION
         Your Case Number: (CIV 461266)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (✔) Certified copies of docket entries

    (✔) Certified copies of Remand Order

    ( ) Other

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      *Gina Agustine* (signature)

      by:  Gina Agustine-Rivas
      Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg